# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LOUISIANA FARM BUREAU MUTUAL INSURANCE CO. | CIVIL ACTION NO. 17-1386 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WHIRLPOOL CORP. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Farm Bureau's Motion to Amend Complaint (Record Document 13) and Motion to Remand (Record Document 15) are **GRANTED**. Accordingly, this case is **REMANDED** to the 26th Judicial District Court, Webster Parish, Louisiana, where it was pending as Case No. 76523.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 10th day of April, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT